# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN PHARMACY CONSULTANTS, LLC, ) ) ) Plaintiff/Counter defendant, ) ) v. ) ) SMART FILL MANAGEMENT ) GROUP, INC, ) ) Defendant/Counterplaintiff. ) | NO. 3:13-cv-1100 JUDGE CAMPBELL |

## ORDER

Pending before the Court is Defendant's Motion for Partial Summary Judgment. Docket No. 65. For the reasons stated in the accompanying memorandum opinion, Defendant's motion is GRANTED and judgment is entered in Defendant's favor on Plaintiff's Tennessee Consumer Protection Act claim.

Plaintiff's Motion for Sanctions, Docket No. 50, and Second Motion for Sanctions, Docket No. 91, are REFERRED to the Magistrate Judge for decision or a report and recommendation as appropriate.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1